IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Sea Island Company,<br><br>      Plaintiff,<br><br>vs.<br><br>The Island Property Owners Association, Inc.; Sea Island Enterprises, Inc.; Winchester Island Development Corp.; Sea Island on the Beach, LLC; and Steven Chapman,<br><br>      Defendants. | Civil Action No. CV206-160<br><br><br>**CONSENT ORDER EXTENDING THE TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Local Civil Rule 6.1, Plaintiff Sea Island Company and Defendants The Island Property Owners Association, Inc., Sea Island Enterprises, Inc., Winchester Island Development Corp., Sea Island on the Beach, LLC and Steven Chapman consent to an Order from the Clerk of Court, extending the time by ten (10) days for Defendants The Island Property Owners Association, Inc., Sea Island Enterprises, Inc., Winchester Island Development Corp., Sea Island on the Beach, LLC, and Steven Chapman to move, plead, or otherwise respond to the Complaint. The current deadline is August 21, 2006. With the extension, the new deadline is **August 31, 2006.**

      IT IS SO ORDERED

SCOTT L. POFF, CLERK

_____
Clerk of Court, United States District Court for the Southern District of Georgia

WE SO CONSENT:

_____
Wallace E. Harrell
Georgia Bar No. 328800
L. Taylor Hanson
Georgia Bar No. 001693
Gilbert, Harrell, Summerford & Martin, PC
Brunswick, GA 31521
912-265-6700

Attorneys for Plaintiff

_____
R. Scot Kraeuter
Georgia Bar No. 428960
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, Georgia 31401
912-231-1140

Attorneys for Defendants, Seal Island Enterprises, Inc., Sea Island on the Beach, LLC, and Steven Chapman

August 17, 2006.

2

## CERTIFICATE OF SERVICE

I, L. Taylor Hanson of Gilbert, Harrell, Sumerford & Martin, P.C., attorney for Sea Island Company do hereby certify that, on this date, I served a copy of the foregoing Consent Order Extending the Time to Move, Plead, or Otherwise Respond to the Complaint upon the following counsel of record for all parties by mailing a copy, postage prepaid, to:

> R. Scot Kraeuter
> Savage, Turner, Pinson & Karsman
> 304 East Bay Street
> Savannah, Georgia 31401

This 18th day of August, 2006.

Wallace E. Harrell
Georgia Bar No. 328800
L. Taylor Hanson
State Bar No. 001693

ATTORNEYS FOR PLAINTIFF
Sea Island Company